George Wittschen and Others, Respondents, v. Manhattan Railway Company and The Metropolitan Elevated Railway Company, Appellants.— Judgment modified by reducing amount awarded for fee damage to $1,500, and by reducing the judgment for rental damage, etc., as entered, including interest, costs and extra allowance, to the sum of $1,327.85, and as so modified judgment and order appealed from affirmed, without costs.  No opinion.  Settle order on notice.

Ernesto Biondi, Appellant, v. Metropolitan Museum of Art, Respondent. Judgment affirmed, with costs.  No opinion.  Order filed.

Adolf Prince and German-American Insurance Company, Respondents, v. Home Insurance Company, Appellant.— Judgment and order affirmed, with costs.  No opinion.  Order filed.

George B. Burnett and William A. Burnett, Respondents, v. Frederick Schmitz, Appellant — Judgment and order affirmed, with costs.  No opinion. Order filed.

Katharine Raymond, as Executrix, etc., of Henry W. Raymond, Deceased, Respondent, v. New York City Railway Company, Appellant — Judgment and order reversed, new trial ordered, costs to appellant to abide event unless plaintiff stipulates to reduce judgment as entered, including costs, etc., to $7,858.15, in which event judgment as so modified and order affirmed, without costs.  No opinion.  Settle order on notice.

Theodore P. Spitz, Respondent, v. Otto C. Heinze and Others, Appellants.— Judgment and order affirmed, with costs.  No opinion.  Order filed.

In the Matter of the Application of William H. Erhardt, Appellant, to Cancel, etc., Notice of Lien Filed by Mary McNally and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Order filed.

The People of the State of New York, Respondent, v. The Federal Bank of New York, Defendant.  In the Matter of the Application of the Bankers' Surety Company, Appellant, for Leave to Sue Leo Schlesinger, as Receiver of the Federal Bank of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Order filed.

Irving E. Raymond, as President, Respondent, v. Edward S. Hosmer, Appellant, Impleaded. — Order affirmed, with ten dollars costs and disbursements.  No opinion.  Order filed.

Emily F. Thyson, Appellant, v. Frederick C. Thyson and Others, Appellants. Meyer Goldberg and Abraham Greenberg, Purchasers, Respondents. — Order affirmed, with ten dollars costs and disbursements.  No opinion.  Order filed.

In the Matter of the Judicial Settlement of the Account of Louis C. Tiffany and Others, as Executors of and Trustees under the Last Will and Testament of Charles L. Tiffany, Deceased, Respondents.  Burnett Y. Tiffany, Appellant.— Decree affirmed, with costs.  No opinion.  Order filed.

James H. Fay, Appellant, v. Arizona Commercial Company and Arizona Commercial Copper Company, Respondents.— Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs in this court and in the court below.  No opinion.  Order filed.

Bernard O'Connall, as Administrator, etc., of Edward O'Connall, Deceased, Appellant, v. The Thompson-Starrett Company, Respondent. — Judgment affirmed, with costs.  No opinion.  Order filed.

Margaret Morris, Appellant, v. Wilson C. Morris, Respondent.— Judgment affirmed, with costs.  No opinion.  Order filed.

Charles W. Colton, Appellant, v. Irving E. Raymond, as President of A. A. Vantine & Company, and Others, Respondents.— Judgment affirmed, with costs, on opinion of the court below.  Order filed.  (Reported in 41 Misc. Rep. 580.)

Timothy F. Paddell, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs.  No opinion.  Order filed.

Catherine J. Brown, Individually, and as Executrix, etc., of Ira Brown, Deceased, Appellant, v. Sara G. Bronson and Others, as Executors, etc., of Frederic Bronson, Deceased, Respondents, Impleaded with The New York Cab Company, Limited.— Judgment affirmed, with costs on the authority of *Brown* v. *Bronson* (93 App. Div. 312).  Order filed.